AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern                    District of                    Florida

UNITED STATES OF AMERICA

vs.

FOUREL CELESTIN,
         Defendant.
_____/

WARRANT FOR ARREST

Case Number: 04-2590-GARBER

FILED by _____ D.C.
MAG. SEC.

MAY 2 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
                MIAMI

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest         FOUREL CELESTIN
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with  (brief description of offense)
conspiracy to import cocaine into the United States from a place outside thereof

in violation of        21        United States Code, Section(s)        963

BARRY L. GARBER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $   PTD.

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

May 24, 2004, Miami, Florida
Date and Location

by   **BARRY L. GARBER**
     **UNITED STATES MAGISTRATE JUDGE**
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

4|rs